

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00234-CV

_____

KAYLEE MCMAHON, Appellant

V.

MARRIOTT HOTEL SERVICES, INC., A DELAWARE CORPORATION, AS
MANAGER OF THE GAYLORD TEXAN RESORT & CONVENTION CENTER,
Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-341074-23

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Kaylee McMahon attempts to appeal from a January 19, 2024 judgment. On May 28, 2024, we sent the parties a letter, which stated the following:

> The court has received a copy of the notice of appeal in this case. *See* Tex. R. App. P. 25.1(e). The court is concerned it may not have jurisdiction over this appeal because the notice of appeal was not timely filed. Tex. R. App. P. 26.1. The trial court's judgment was signed January 19, 2024. A motion to set aside default judgment was filed February 20, 2024.[1] Therefore, the notice of appeal was due April 18, 2024, but was not filed until May 21, 2024.
>
> Unless the appellant or any party desiring to continue the appeal files with the court, on or before **Friday, June 7, 2024**, a response showing grounds for continuing the appeal, this appeal may be dismissed for want of jurisdiction. Tex. R. App. P. 42.3(a), 44.3.

We received no response.

The time for filing a notice of appeal is jurisdictional in this court, and absent a timely filed notice of appeal or extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because the notice of appeal was untimely, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: July 11, 2024

---

[1]The clerk's office confirmed via the trial court's online case detail that the motion to set aside was denied.